# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| HOWLINK GLOBAL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRIS INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants. | Civil Action No.: 4:11-cv-00071<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL OF CENTRIS INFORMATION, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ordered that:

(1)     All claims Plaintiff Howlink Global LLC ("Howlink") asserts against Defendant Centris Information Services, LLC in the above-captioned action are dismissed without prejudice;

(2)     All of Howlink's rights as to the remaining Defendants are reserved; and

(3)     The Parties shall bear their own costs and attorneys' fees.

**SIGNED this 1st day of June, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE