# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| HOWLINK GLOBAL LLC § | |
| § | |
| V. § | CASE NO. 4:11cv71 |
| § | (Judge Mazzant) |
| CENTRIS INFORMATION § | |
| SERVICES, LLC, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 5, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Network Communications International Corp.'s Motion for Costs Pursuant to Fed. R. Civ. P. 54 and 68 of Plaintiff Howlink Global LLC (Dkt. #178) and Opposed Motion for Attorney's Fees (Dkt. #183) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Network Communications International Corp.'s Motion for Costs Pursuant to Fed. R. Civ. P. 54 and 68 of Plaintiff Howlink Global LLC (Dkt. #178) and Defendant Network Communications International Corp.'s Opposed Motion for Attorney's Fees (Dkt. #183) are **DENIED**.

**SIGNED this 7th day of January, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE